# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANDY CHAVEZ et al., Individually and for
Others Similarly Situated


Plaintiff,                                    No. 2:24-cv-00413-DHU/GBW

v.

AVIATION PERSONNEL, LLC,

     Defendant.

## <u>FINAL JUDGMENT</u>

     Pursuant to Fed. R. Civ. P. 41 and consistent with the consistent with the parties' Rule 41

stipulation of dismissal (Doc. 39),

     **IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE